FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRANDPA BUD, LLC., a Washington limited liability company,<br><br>                       Plaintiff,<br><br>v.<br><br>CHELAN COUNTY, WASHINGTON, a municipal corporation; KEITH GOEHNER, individually and as a Chelan County Commissioner; and LISA GOEHNER, and their marital community,<br><br>                       Defendants. | NO: 2:20-CV-301-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' stipulated Motion to Dismiss, ECF No. 6. Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), plaintiff Grandpa Bud, LLC, and defendants Chelan County, Keith Goehner and Lisa Goehner, stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each bearing that party's own attorneys' fees and costs. Having reviewed the

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

motion and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' stipulated Motion to Dismiss, **ECF No. 6**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** this case.

**DATED** November 25, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2